# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

| ADAM-WESLEY POWELL, | ) |  |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No.: 1:12-CV-126 JVB |
| PORTLAND CITY COURT, et al., | ) | |
| Defendants. | ) | |

# ORDER

This matter is before the Court on Magistrate Judge Susan Collins's Report and Recommendation [DE 73]. On April 17, 2015, Magistrate Judge Susan Collins's filed and served on the parties her Report and Recommendation that this Court dismiss this case as a sanction under Federal Rule of Civil Procedure 16(f) and for failure to prosecute under Rule 41(b). In her Report and Recommendation she advised the parties that they had fourteen days from the date of service within which to file objections and noted that the failure to file a timely objection would result in waiver of the right to challenge the Recommendation before both the District Court and the Court of Appeals. *Willis v. Caterpillar, Inc.*, 199 F.3d 902, 904 (7th Cir.1999); *Hunger v. Leninger*, 15 F.3d 664, 668 (7th Cir.1994); *The Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260-61 (7th Cir.1989).

To date, neither party has filed an objection to the Report and Recommendation. Accordingly, this Court adopts Judge Collins's Report and Recommendation [DE 73] and DISMISSES the case.

The Clerk is directed to send a copy of this Order to Mr. Powell at his last known address, c/o 2021 Heather Road, Anderson, IN 46012, and to counsel for Defendants.

SO ORDERED on May 7, 2015.

                                                                s/ Joseph S. Van Bokkelen  
                                                                 JOSEPH S. VAN BOKKELEN  
                                                                 UNITED STATES DISTRICT COURT  
                                                                HAMMOND DIVISION